FILED 28 FEB '18 15:31 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:18-CR-00072-HZ |
| v. | INDICTMENT |
| TYRONE LAMONT ALLEN, | 18 U.S.C. § 2113(a) |
| Defendant. | Forfeiture Allegation |

THE GRAND JURY CHARGES:

### COUNT 1
(Credit Union Robbery)
(18 U.S.C. § 2113(a))

On or about April 3, 2017, within the District of Oregon, defendant **TYRONE LAMONT ALLEN**, by intimidation, did knowingly and unlawfully take from the person and presence of another approximately $6,000 in United States currency, belonging to and in the care, custody, control, possession and management of On Point Credit Union, located at 1720 NE 9th Avenue, Portland, Oregon, a credit union whose deposits were then insured by the National Credit Union Administration Board (NCUAB);

In violation of Title 18, United States Code, Section 2113(a).

///

///

## COUNT 2
### (Bank Robbery)
### (18 U.S.C. § 2113(a))

On or about April 4, 2017, within the District of Oregon, defendant **TYRONE LAMONT ALLEN**, by intimidation, did knowingly and unlawfully take from the person and presence of another approximately $2,772 in United States currency, belonging to and in the care, custody, control, possession and management of Wells Fargo Bank, located at 5730 NE Martin Luther King Jr. Boulevard, Portland, Oregon, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation (FDIC);

In violation of Title 18, United States Code, Section 2113(a).

## COUNT 3
### (Attempted Bank Robbery)
### (18 U.S.C. § 2113(a))

On or about April 7, 2017, within the District of Oregon, defendant **TYRONE LAMONT ALLEN**, by intimidation, did knowingly and unlawfully attempt to take from the person and presence of another United States currency, belonging to and in the care, custody, control, possession and management of Bank of the West, located at 905 NE Halsey Street, Portland, Oregon, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation (FDIC);

In violation of Title 18, United States Code, Section 2113(a).

## COUNT 4
### (Credit Union Robbery)
### (18 U.S.C. § 2113(a))

On or about April 7, 2017, within the District of Oregon, defendant **TYRONE LAMONT ALLEN**, by intimidation, did knowingly and unlawfully take from the person and presence of another approximately $5,335 in United States currency, belonging to and in the

care, custody, control, possession and management of Advantis Credit Union, located at 3515 NE 15th Avenue, Portland, Oregon, a credit union whose deposits were then insured by the National Credit Union Administration Board (NCUAB);

In violation of Title 18, United States Code, Section 2113(a).

## CRIMINAL FORFEITURE ALLEGATION

Upon conviction of an offense as alleged in Count 1, 2, 3, and 4 of this Indictment, defendant **TYRONE LAMONT ALLEN** shall forfeit to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) any property constituting or derived from proceeds obtained directly or indirectly as a result of the crime charged, including but not limited to the following:

A sum of money equal to $14,107 in United States currency, representing the amount of proceeds obtained as a result of the offenses, in the form of a money judgment.

Dated this 27th day of February 2018.

A TRUE BILL.

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

_/s/ Scott Kerin_
SCOTT M. KERIN, OSB #965128
Assistant United States Attorney