IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>Tyrone Lamont Allen | Case No. 3:18CR00072-HZ<br><br><br>MODIFICATION OF RELEASE CONDITIONS |

IT IS ORDERED THAT that the defendant's pretrial release conditions, specifically his location monitoring restrictions are modified. The defendant is still on GPS Monitoring but he is subject to a Curfew as directed by U.S. Pretrial Services, rather than the previously ordered Home Detention restriction. All other previously ordered conditions of release remain in effect.

IT IS SO ORDERED THIS  19th  day of  November, 2018.

_____
The Honorable John V. Acosta
U.S. Magistrate Judge

Submitted by U.S. Pretrial Services