# Government Exhibit A
# OnPoint Robbery Images



*Robber Enters the Credit Union*

**Government Exhibit A**
**OnPoint Robbery Images**



*Robber Enters Credit Union*

# Government Exhibit A
# OnPoint Robbery Images



*Robber Walks to Teller Cue*

**Government Exhibit A**
**OnPoint Robbery Images**



*Robber Getting in Line*

**Government Exhibit A**
**OnPoint Robbery Images**



*Robber at Teller Window*

**Government Exhibit A**
**OnPoint Robbery Images**



*Robber Grabbing Cash*