# Government Exhibit D
# Advantis Credit Union Robbery Images



*Robber inside Credit Union*

# Government Exhibit D
## Advantis Credit Union Robbery Images



*Robber In Credit Union*

# Government Exhibit D
## Advantis Credit Union Robbery Images



# Government Exhibit D
## Advantis Credit Union Robbery Images

*Robber inside Credit Union*



*Robber at Teller Window*

# Government Exhibit D
# Advantis Credit Union Robbery Images



*Robber Close-up from Teller Window*

# Government Exhibit D
# Advantis Credit Union Robbery Images



*Robber at Close-up at Teller Window*