BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**PAUL T. MALONEY, OSB#013366**
Assistant United States Attorney
Paul.Maloney@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:18-cr-00072-HZ |
| v. | **GOVERNMENT'S EXHIBIT LIST FOR MOTION TO SUPPRESS IDENTIFICATION EVIDENCE** |
| **TYRONE LAMONT ALLEN,** | |
| **Defendant.** | |

Attached hereto is a list of exhibits the government intends to offer in at the motion to suppress hearing. If new exhibits are identified, they will be promptly disclosed to the Court and defendant.

Dated: August 13, 2019.                    Respectfully submitted,

                                            BILLY J. WILLIAMS
                                            United States Attorney

                                            */s/ Paul T. Maloney*
                                            PAUL T. MALONEY, OSB #013366
                                            Assistant United States Attorneys

**Government's Exhibit List for Hearing on**                                    Page 1
**Defendant's Motion to Suppress Identification Evidence**

| **United States v. Tyrone Lamont Allen** |
|---|---|---|---|

| **Exhibit #** | **Description** | **Offered** | **Received** |
|---|---|---|---|
| 1. | Government's Exhibits A-E (From ECF #47, Government's Response to Defendant's Motion to Suppress Identification Evidence) | | |
| 2. | Photo Line-up (OnPoint Teller) | | |
| 3. | Photo Line-up (Bank of the West Teller) | | |
| 4. | Photo Line-up (Advantis Teller) | | |
| 5. | Photo Line-up (Wells Fargo Teller) | | |
| 6. | Chain of Custody for Exhibit #3 | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |

(Case caption: United States v. Tyrone Lamont Allen, 3:18-cr-00072-HZ)